UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


KEVIN DARNELL RAGLAND,

    Plaintiff,

v.                                                     Case No. 08-15253

M. RABY, KEITH BERBICK,                 HONORABLE AVERN COHN
KEVIN KERR, NICOLAS SMISSICK,
DANIEL ROSE, ANDREW BELANGER,
BRIAN BOLASH, and ANTHONY CARIGNAN,

    Defendants.

_____/


**ORDER CONSTRUING PLAINTIFF'S APPEAL AS A MOTION FOR
RECONSIDERATION AND REFERRING SAME TO MAGISTRATE JUDGE FOR
FURTHER PROCEEDINGS**

        This is a prisoner civil rights case under 42 U.S.C. § 1983. The matter was referred to a magistrate judge for all pretrial proceedings. Defendants filed a Motion to Quash Subpoena Duces Tecum (Doc. No. 96). Plaintiff did not file a response. Accordingly, the magistrate judge issued an order granting the motion (Doc. No. 106).

        Before the Court is "Plaintiff's Appeal to Magistrate Judge Mark A. Randon's Order Granting Defendants' Motion to Quash" in which he says he did not receive a copy of defendants' motion. Plaintiff also says that although he notified the court of his new address (JCF), he is still receiving mail from the court sent to his old address (FCI in St. Louis).

In light of this, the Court construes plaintiff's paper as a motion for reconsideration and refers the same to the magistrate judge for further proceedings.

SO ORDERED.

            S/Avern Cohn
            AVERN COHN
            UNITED STATES DISTRICT JUDGE

Dated: September 13, 2010

I hereby certify that a copy of the foregoing document was mailed to Kevin Ragland #191565, St. Louis Correctional Facility, 8585 N. Croswell Road, St. Louis, MI 48880, and the attorneys of record on this date, September 13, 2010, by electronic and/or ordinary mail.

            S/Shawntel Jackson
            Relief Case Manager, (313) 234-5160