UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN DARNELL RAGLAND,

        Plaintiff,

v.

KEVIN KERR, NICOLAS SMISSICK,
MICHAEL RABY and KEITH BIRBERICK,

        Defendants.
        _____/

Case No.   08-15253

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Order entered on January 10, 2012, judgment is entered in favor of defendants and against plaintiff.

                              DAVID WEAVER

Dated: January 10, 2012        By: s/Julie Owens
                                      Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to Kevin Ragland, 191565, Cotton Correctional Facility, 3510 N. Elm Street, Jackson, MI 49201 and the attorneys of record on this date, January 10, 2012, by electronic and/or ordinary mail.

                                        S/Julie Owens
                                        Case Manager, (313) 234-5160